

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2014

No. 04-14-00615-CV

**IN RE ADAN VOLPE PROPERTIES, LTD.**,
Maricela Volpe, General Partner and Juan A. Gonzalez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice

On September 2, 2014, relators filed a petition for writ of mandamus and an emergency motion for temporary stay. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than September 25, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary stay is GRANTED. The trial court's order signed July 1, 2014, and any interim deadlines established in the court-ordered arbitration proceeding are TEMPORARILY STAYED pending final resolution of the petition filed in this court.

It is so **ORDERED** on September 4th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2003-CVF-000414-D2, styled *Donato Volpe Jr. v. Adan Volpe Properties, Ltd. and Maricela Volpe, General Partner*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.